JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>J.E. SNYDER ELECTRIC, INC.,<br>a California corporation,<br><br>Defendant. | Case No. 2:18-cv-02658-PJW<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE, AND RETAINING JURISDICTION OF THE ACTION TO ENFORCE SETTLEMENT AGREEMENT** |

Pursuant to the "Stipulation for Dismissal Without Prejudice, and Request that the Court Retain Jurisdiction of the Action to Enforce Settlement Agreement" between Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, et al., and Defendant J.E. Snyder Electric, Inc., and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

This action is dismissed without prejudice. The Court retains jurisdiction of the action and the parties to enforce the terms of their Settlement Agreement.

Dated: May 25, 2018

_____
UNITED STATES MAGISTRATE JUDGE

[proposed] Order.docx      1      Order